979 A.2d 330

IN THE MATTER OF ELLIOT H. GOURVITZ,
AN ATTORNEY AT LAW.

September 10, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08-326, concluding that **ELLIOT H. GOURVITZ** of **SHORT HILLS,** who was admitted to the bar of this State in 1969, should be reprimanded for violating *RPC* 1.5(a) (a lawyer's fee shall be reasonable), *RPC* 1.16(d) (a lawyer must take reasonable steps upon termination of representation to protect a client's interests, including refunding any advance payment of fee that has not been earned or incurred), and *RPC* 8.4(a) (a lawyer shall not violate or attempt to violate the Rules of Professional Conduct), and good cause appearing;

It is ORDERED that **ELLIOT H. GOURVITZ** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.